UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lee Ann Rioux

    v.                                      Case No. 21-cv-275-JL

US Postal Service, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 3, 2022. Judge Johnstone's orders and conversations with court personnel have provided clear guidance on how to proceed either with pro hac vice counsel or pro se. The dismissal is without prejudice.

_____
Joseph N. LaPlante
United States District Judge

Date: February 15, 2022

cc:    Lee Ann Rioux
       Mile E. Hoisington, Esq.